**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIONNA RANDLE, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR LOGISTICS INC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01382 KES CDB<br><br>ORDER REMANDING THE ACTION TO KERN COUNTY SUPERIOR COURT BASED UPON STIPULATION OF PARTIES<br><br>Doc. 12 |

Kionna Randle initiated this action by filing a class action complaint in Kern County Superior Court, Case No. BCV-25-103228. Doc. 1-1 at 2. Defendants removed the action, asserting this court has jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d). Doc. 1 at 2. The parties now stipulate the matter should be remanded to the state court. Doc. 12 at 2. Based upon the stipulation of the parties, the Court ORDERS:

1. This action is REMANDED to the Kern County Superior Court.

2. Each party shall bear their own attorneys' fees and costs in connection with the removal and subsequent remanding of this action.

3. The Clerk of Court is directed to close this case.

1

4.    The Clerk of Court shall serve a copy of this order on the clerk of the Kern County Superior Court.

IT IS SO ORDERED.

Dated:    May 13, 2026

UNITED STATES DISTRICT JUDGE

2